CLOSED

# U.S. District Court
## District of Kansas (Kansas City)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02106-JWL-DJW
#### Internal Use Only

| | |
|---|---|
| Srimoungchanh v. Nvidia Corporation et al | Date Filed: 03/07/2007 |
| Assigned to: Chief Judge John W. Lungstrum | Date Terminated: 06/06/2007 |
| Referred to: Magistrate Judge David J. Waxse | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kou Srimoungchanh**　　　　　　　　　　represented by　**Isaac L. Diel**
*on behalf of himself and all others*　　　　　　　　　　　　Sharp McQueen P.A.
*similarly situated*　　　　　　　　　　　　　　　　　　　6900 College Blvd., Suite #285
　　　　　　　　　　　　　　　　　　　　　　　　　　　Overland Park, KS 66211
　　　　　　　　　　　　　　　　　　　　　　　　　　　913-661-9931
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 913-661-9935
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dslawkc@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Thomas H. Brill**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of Thomas H. Brill
　　　　　　　　　　　　　　　　　　　　　　　　　　　6552 Sagamore Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mission Hills, KS 66208-3712
　　　　　　　　　　　　　　　　　　　　　　　　　　　913-677-2004
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 913-677-2152
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: brillkc@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nvidia Corporation**　　　　　　　　　　represented by　**Russell S. Jones, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Shughart Thomson & Kilroy, PC--KC
　　　　　　　　　　　　　　　　　　　　　　　　　　　Twelve Wyandotte Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　　120 West 12th Street, Suite #1700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64105
　　　　　　　　　　　　　　　　　　　　　　　　　　　816-421-3355
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 816-817-0198
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rjones@stklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Travis L. Salmon**
Shughart Thomson & Kilroy, PC--KC
Twelve Wyandotte Plaza
120 West 12th Street, Suite #1700
Kansas City, MO 64105
816-421-3355
Fax: 816-374-0509
Email: tsalmon@stklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ATI Technologies, Inc.**

**Defendant**

**Advanced Micro Devices, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Kou Srimoungchanh.(jb) (Entered: 03/08/2007) |
| 03/07/2007 |  | FILING FEE PAID: in the amount of $350.00, receipt number 1007224. (jb) (Entered: 03/08/2007) |
| 04/04/2007 | 2 | ENTRY OF APPEARANCE by Travis L. Salmon on behalf of Nvidia Corporation. (Salmon, Travis) (Entered: 04/04/2007) |
| 04/04/2007 | 3 | ENTRY OF APPEARANCE by Russell S. Jones, Jr. on behalf of Nvidia Corporation. (Jones, Russell) (Entered: 04/04/2007) |
| 04/04/2007 | 4 | Joint MOTION to Extend Time to Respond to Complaint and Confer on and File a Discovery Schedule by Defendant Nvidia Corporation. (Salmon, Travis) (Motion title modified on 4/5/2007. (mg)) (Entered: 04/04/2007) |
| 04/04/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Nvidia Corporation. (Salmon, Travis) (Entered: 04/04/2007) |
| 04/09/2007 | 6 | ORDER granting 4 Joint Motion for Extension of Time to Answer re 1 Complaint, and Confer on and File a Discovery Schedule. Defendants shall answer or otherwise plead in response to the Complaint 30 days after (1) the Judicial Panel on Multidistrict Litigation rules on pending motion to transfer and consolidate, and (2) any subsequent consolidated complaint is filed and served, without prejudice to the right of Defendants to seek additional time to answer or otherwise plead in response to the Complaint for good cause shown. In addition, the Court stays all pretrial proceedings in this District, pending resolution of the above-referenced motion. Entered by Magistrate Judge David J. Waxse on 4/9/2007.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(jm) (Entered: 04/09/2007) |

| 06/06/2007 | 7 | CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California (MDL 07-1826). Terminating Case.(mm) (Entered: 06/06/2007) |